IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANGO WATTS,

    Petitioner,                    2:06-cv-0600-GEB-DAD-P

    vs.

JAMES YATES, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 2, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Petitioner mistakenly contends that his present habeas petition is not second or

1

successive because his first federal habeas petition was not adjudicated on the merits. While the dismissal of a federal habeas petition as premature or for failure to exhaust state remedies is not a determination on the merits, the dismissal of a petition as time-barred or procedurally defaulted is a determination on the merits that renders a subsequent petition second or successive. See Slack v. McDaniel, 529 U.S. 473, 485-86 (2000); Henderson v. Lampert, 396 F.3d 1049, 1053 (9th Cir.), cert. denied, ___ U.S. ___, 126 S. Ct. 199 (2005); Howard v. Lewis, 905 F.2d 1318, 1323 (9th Cir. 1990); Reyes v. Vaughn, 276 F. Supp. 2d 1027, 1029 (C.D. Cal. 2003).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 2, 2006, are adopted in full; and

2. This action is dismissed without prejudice for lack of jurisdiction.

Dated: June 6, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge